Fullerton & Knowles, P.C.
12642 Chapel Road
Clifton, VA 20124


Invoice submitted to:
Betco Supreme, Inc., an Oldcastle company
1913 Atlantic Avenue
Manasquan, NJ 08738


October 11, 2012

In Reference To:   Betco Supreme, Inc. v. Pompano Masonry Corporation


      Professional Services

| Date | Description | Amount |
|---|---|---:|
| 7/18/2011 | Review and respond to email from client as to new claim on Ft. Myers project. | $35.00<br>0.10 |
| 7/21/2011 | Review documents received from client.  Look up Fort Myers project and corporate information online and work on project demand letter and send by certified mail to owner, GC and debtor. | $350.00<br>1.00 |
| 7/29/2011 | Review email from client as to Magic Center project and respond to client. | $70.00<br>0.20 |
| 8/1/2011 | Review documents received from client and work on demand letter to Pompano on Florida project. | $70.00<br>0.20 |
| 8/9/2011 | Review and respond to email from client as to response from Pompano on either Ft. Myer or Orlando projects.  Discuss filing 2 separate suits and request documents on Orlando project. | $105.00<br>0.30 |
| 8/10/2011 | Review documents received from client on Florida project.  Look up information on Trenwyth and Pompano. Work on complaint and affidavit and email draft documents to client for review and signature. | $350.00<br>1.00 |
| 8/12/2011 | Review email regarding signed affidavits from client on Trenwyth suit. | $35.00<br>0.10 |
| 8/16/2011 | Review and respond to various emails regarding lawsuit strategy and whether there was any response to bond claim.  Request original affidavit for filing suit. | $105.00<br>0.30 |
| 8/29/2011 | Review response from the Army as to the FOIA request and need contract number.  Email client regarding the same. | $70.00<br>0.20 |

Betco Supreme, Inc., an Oldcastle company                                                                                           Page    2

|            |                                                                                                                                                                                                                                                  | Amount           |
|------------|----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|------------------|
| 9/2/2011   | Finalize complaint on Trenwyth, organize exhibits, draft cover sheet and send to court for filing and service. Conference with several contracting division personnel at Ft. Worth District for project information to comply with FOIA officer's request.  Email project management branch manager for same. | $595.00<br>1.70  |
| 9/8/2011   | Review and respond to email from client as to status of case.                                                                                                                                                                                    | $35.00<br>0.10   |
| 9/9/2011   | Email client regarding Trenwyth complaint filed on the Orlando magic center.                                                                                                                                                                     | $35.00<br>0.10   |
| 9/14/2011  | Conference with Ft. Worth District contracting officer regarding Ft. Myers project.                                                                                                                                                              | $35.00<br>0.10   |
| 9/15/2011  | Review confirmation of case filing on Trenwyth claim against Pompano received from court.                                                                                                                                                        | $35.00<br>0.10   |
| 9/22/2011  | Review online system to check on service of Trenwyth complaint. Review and respond to email from client as to Ft. Myer claim.                                                                                                                    | $70.00<br>0.20   |
| 10/3/2011  | Review email from client regarding Pompano. Draft affidavit for filing suit and send the same to client for review and signature.                                                                                                                | $105.00<br>0.30  |
| 10/4/2011  | Review and respond to email from client as to new material requested by Pompano and account opening requested by Suffolk.                                                                                                                        | $70.00<br>0.20   |
| 10/7/2011  | Review notice that Pompano received service of complaint on the Magic Center project on 9/26 and note that answer is due on 10/17 in case file.                                                                                                  | $70.00<br>0.20   |
| 10/26/2011 | Draft and prepare motion for default judgment and notice and praecipe for hearing on motion and arrange for filing with the court.                                                                                                               | $250.00<br>0.50  |
|            | Email client regarding hearing date and motion for default judgment.                                                                                                                                                                             | $35.00<br>0.10   |
| 11/17/2011 | Review file in preparation for motions day. Draft attorney fee affidavit. Court appearance in the Circuit Court for Prince William County and obtain judgment against Pompano on the Orlando Magic claim complaint.                              | $455.00<br>1.30  |
| 11/21/2011 | Email client regarding judgment obtained against Pompano on Orlando Magic project and discuss enforcement after expiration of appeals period. Review email and order entered by the court and email the same to client. Email client for recent check information. | $140.00<br>0.40  |
| 11/28/2011 | Review email and check from client for garnishment of bank account.                                                                                                                                                                              | $70.00<br>0.20   |
| 1/4/2012   | Work on garnishment against Wachovia account for Orlando project judgment. Review and respond to email from client regarding status of Orlando and Ft. Myers claims.                                                                             | $175.00<br>0.50  |
| 1/6/2012   | Email client regarding garnishment on Wachovia.                                                                                                                                                                                                  | $35.00<br>0.10   |

Betco Supreme, Inc., an Oldcastle company                                                                 Page    3

|            |                                                                                                                                                                                                                                                                                                                                       | Amount |
|------------|-----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|--------|
| 1/26/2012  | Conference with clerk as to service of garnishment summons.                                                                                                                                                                                                                                                                             | $35.00<br>0.10 |
| 1/30/2012  | Draft letter and send garnishment summons to Secretary of Commonwealth for service on Pompano.                                                                                                                                                                                                                                          | $70.00<br>0.20 |
| 2/2/2012   | Review file documents, etc. in preparation for proceeding with federal lawsuit.                                                                                                                                                                                                                                                         | $120.00<br>0.40 |
| 2/3/2012   | Review Wells Fargo's answer to garnishment summons stating account has been closed. Email answer to client and discuss course of action. Review email from client as to garnishment of accounts receivable from another project and respond to same. Review information received from client for garnishing project funds.              | $105.00<br>0.30 |
|            | Review file documents and jurisdictional statutes. Draft and prepare lawsuit to file payment bond claim in federal court, prepare exhibits, prepare financial interest disclosure, communicate with client regarding financial disclosure information needed, prepared cover sheet, summons, and discovery to Suffolk Construction. Filed lawsuit and discovery. | $1,860.00<br>6.20 |
| 2/9/2012   | Prepare and file Garnishment against Oak Contracting for monies due on school project.                                                                                                                                                                                                                                                  | $150.00<br>0.30 |
| 2/13/2012  | Review lawsuit on bond claim, prepared email to client and forwarded copy of lawsuit to same.                                                                                                                                                                                                                                           | $60.00<br>0.20 |
| 2/17/2012  | Review certificate of compliance received from secretary of commonwealth of service of garnishment on Pompano on Oak Contracting garnishment.                                                                                                                                                                                           | $35.00<br>0.10 |
| 2/22/2012  | Draft and send praecipe to dismiss garnishment against Wachovia account on Orlando Magic project case Pompano.                                                                                                                                                                                                                          | $70.00<br>0.20 |
|            | Review summons received from court for bond lawsuit, prepared subpoena duces tecum, prepared correspondence to private process server and enclosed documents for service on Suffolk Construction. Review electronic document filings from court.                                                                                        | $240.00<br>0.80 |
| 3/1/2012   | Review and respond to email from client as to status of response by Oak Contracting on its garnishment.                                                                                                                                                                                                                                 | $70.00<br>0.20 |
| 3/9/2012   | Review return of service affidavit from process server regarding lawsuit and subpoena served on Suffolk Construction. Prepared the same for filing with the court, prepared cover letter to court and forwarded affidavit for filing. Sent email to client regarding status update on service.                                          | $180.00<br>0.60 |
| 3/15/2012  | Telephone conference with opposing counsel for Suffolk Construction regarding bond lawsuit. He says Suffolk is holding $70-$75K on Pompano. Drafted email to client regarding Suffolk offer to pay monies to Betco and desire to preserve relationship between the parties, etc. Review discovery deadlines and local rules regarding same. | $360.00<br>1.20 |
|            | Conference with Oak Contracting's counsel regarding garnishment.                                                                                                                                                                                                                                                                        | $35.00<br>0.10 |

Betco Supreme, Inc., an Oldcastle company                                                                                  Page    4

|            |                                                                                                                                                                                                                                                                  | Amount |
|------------|------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|--------|
| 3/16/2012  | Review and respond to correspondence from opposing counsel for Suffolk Construction regarding responsive pleadings to be filed in this matter, bringing Pompano in as a 3rd party, etc. Review return of service showing service on Suffolk Construction.        | $60.00<br>0.20 |
| 3/19/2012  | Return Oak Contracting's counsel's call. Conference with counsel as to jurisdiction issue as Oak Contracting does not work in VA but in MD only. Consider domestication of judgment into Maryland and garnishment in Maryland. Email client regarding the same. Review response from client to enforce in Maryland. | $140.00<br>0.40 |
| 3/20/2012  | Draft dismissal order for Oak Contracting Garnishment                                                                                                                                                                                                            | $30.00<br>0.30 |
|            | Draft triple seal request of judgment and send to court                                                                                                                                                                                                          | $10.00<br>0.10 |
| 3/21/2012  | Work on garnishment dismissal order against Oak and send to court and email the same to opposing counsel.                                                                                                                                                        | $70.00<br>0.20 |
| 3/22/2012  | Research regarding case law to possible Miller Act defenses.                                                                                                                                                                                                     | $1,400.00<br>14.00 |
|            | Review and respond to email from opposing counsel for Suffolk with copy of responsive pleading to lawsuit, discuss respective claims and likelihood of resolution. Review Suffolk Answer.                                                                         | $150.00<br>0.50 |
| 4/2/2012   | Research regarding case law and statutes for defenses to the Miller Act. Compose a memo                                                                                                                                                                          | $500.00<br>5.00 |
| 4/10/2012  | Review correspondence from opposing counsel in bond case regarding scheduling conference for discovery discussions, provided available dates and times for same. Review rules regarding deadlines for disclosures, scheduling conference, etc. Review court records to determine if conference has been ordered yet by court, nothing found. | $330.00<br>1.10 |
| 4/11/2012  | Review and respond to email from Oak Contracting's counsel regarding status of garnishment dismissal order. Send dismissal order to same.                                                                                                                        | $70.00<br>0.20 |
| 4/23/2012  | Review status of case as to payment bond                                                                                                                                                                                                                         | $70.00<br>0.20 |
| 4/24/2012  | Draft and prepare email to opposing counsel regarding disclosures conference still needed. please provide availability. Sent email to client<br>Review discovery requirements and rules.                                                                          | $180.00<br>0.60 |
| 4/25/2012  | Review client email                                . Review file documents<br>Sent email to client ı<br>. Review email from opposing counsel regarding next week to schedule phone conference, provided available dates to opposing counsel regarding same.     | $330.00<br>1.10 |
| 4/26/2012  | Review scheduling order received from federal court regarding upcoming conference dates, discovery deadlines, etc. Updated file with dates accordingly. Review email from opposing counsel and sent response to same regarding send copy of bond or will file immediate discovery request for same. | $180.00<br>0.60 |

Betco Supreme, Inc., an Oldcastle company                                                                                   Page    5

|  |  | Amount |
|---|---|---|
| 4/26/2012 | Telephone conference with opposing counsel regarding possible resolution between the clients, settlement offer for $80,000, rejection of same, copy of bond needed, etc. Telephone conference with Nancy | $180.00<br>0.60 |
| 4/27/2012 | Draft/revise discovery request to Suffolk requesting documents, prepared same for filing and sent to opposing counsel Newland. Draft and prepare letter to Newland regarding enclosed discovery request, position on meeting with Suffolk, settlement position and disagreement with viable defense to our claim. | $390.00<br>1.30 |
| 4/30/2012 | Conference with client regarding garnishment of Oak Contracting in Maryland. | $35.00<br>0.10 |
| 5/1/2012 | Review email from opposing counsel for Suffolk regarding scheduling conference. | $60.00<br>0.20 |
| 5/7/2012 | Review triple seal received from court and finalize line to register Virginia judgment in Maryland and send to court for recordation. | $350.00<br>0.50 |
| 5/8/2012 | Draft and prepare discovery plan, forwarded same to opposing counsel for Suffolk Construction. Review email from opposing counsel Newland regarding summary judgment motion contemplated, sent response to Newland regarding summary judgment is not appropriate in this matter, they need to answer the discovery, etc. | $330.00<br>1.10 |
| 5/9/2012 | Review email from opposing counsel for Suffolk regarding summary judgment claim. Prepared for and participated in conference with opposing counsel regarding discovery plan, disclosures, settlement, etc. | $450.00<br>1.50 |
|  | Reviewed issues asserted by opposing counsel regarding their lack of liability on a Miller Act claim. Considered possible issues. | $440.00<br>1.60 |
| 5/10/2012 | Worked on Motion to Amend lawsuit, etc. Review and respond to email from opposing counsel regarding settlement, depositions, etc. Review case law and miller act statutes. | $2,310.00<br>7.70 |
| 5/11/2012 | Considered various issues applicable to discovery and the motion to amend. | $165.00<br>0.60 |
|  | Reviewed motion for leave to amend. | $137.50<br>0.50 |
| 5/14/2012 | Revise and file motion to amend complaint, sent copy to opposing counsel. | $300.00<br>1.00 |
|  | Review notice from federal court regarding assignment of motion to amend to Magistrate Judge. Sent notice of deposition to client & requested availability for proposed dates. Sent email to opposing counsel for Suffolk regarding deposition notice. Telephone conference with client regarding available dates for deposition. Review email received from Army Corps of Engineers in response to request for payment bond. | $420.00<br>1.40 |
|  | Review notice of foreign judgment recorded in Maryland. Consider issues regarding deposition, disclosures, settlement, motion to compel and motion to amend and strategy in moving forward. | $105.00<br>0.30 |

Betco Supreme, Inc., an Oldcastle company                                                                                                Page   6

|  |  | Amount |
|---|---|---:|
| 5/18/2012 | Review notice of foreign judgment received from Baltimore County Circuit Court and note information in file and send proof of mailing. | $70.00<br>0.20 |
|  | Review correspondence from Ft. Worth district regarding FOIA request for payment bond, need to assert that costs will be paid. Called FOIA officer, left message. Sent letter to FOIA officer regarding we will pay costs for bond. | $90.00<br>0.30 |
|  | Draft and prepare Rule 26 initial disclosures for Federal lawsuit. Sent disclosures to Nancy for review and comment. | $270.00<br>0.90 |
| 5/21/2012 | Review email from opposing counsel for Suffolk Construction regarding confirmation of deposition time and location on Wednesday, forwarded same to clients. Review updated information provided by client<br>Review shipping tickets received from client | $480.00<br>1.60 |
| 5/22/2012 | Communicate (with client) Nancy and Ken<br>'inalized initial disclosures and prepared same for submission to opposing counsel for Suffolk Construction. Review various correspondence from opposing counsel. | $270.00<br>0.90 |
| 5/23/2012 | Attend depositions of Nancy Hayward and Ken Lampard at Suffolk Construction attorney office in D.C. | $900.00<br>3.00 |
| 5/29/2012 | Review notice from court regarding discovery plan filed, reviewed copy of discovery plan. Sent email to client | $90.00<br>0.30 |
|  | Review email from court regarding removal of status hearing from court docket tomorrow. Sent email to client regarding same. | $30.00<br>0.10 |
|  | Telephone conference with Army Corps officer regarding copy of payment bond to be sent. | $90.00<br>0.30 |
| 6/5/2012 | Draft and prepare email to opposing counsel for Suffolk regarding response to motion to amend and position on settlement unchanging. Telephone conference with opposing counsel regarding claim that Betco is a 3rd party claimant. Sent documents to opposing counsel regarding credit agreement and email refuting their position. Sent email to client | $270.00<br>0.90 |
| 6/6/2012 | Review and respond to opposing counsel regarding submission of agreed order. Review correspondence from court regarding judge will decide matter on the pleadings and enter an order, no need to appear for court. | $90.00<br>0.30 |
| 6/12/2012 | Draft and prepare amended complaint adding Pompano and sureties to bond lawsuit. | $240.00<br>0.80 |
|  | Review and comment on amended complaint. | $70.00<br>0.20 |
| 6/13/2012 | Revise and finalize amended complaint and exhibits for electronic filing with the court. Draft summons for service on each of the sureties and on Pompano. | $600.00<br>2.00 |

Betco Supreme, Inc., an Oldcastle company                                                                          Page    7

|  |  | Amount |
|---|---|---:|
| 6/18/2012 | Review emails from court regarding filing of amended complaint. Review and organize file documents, prepare orders and pleadings to be served on new defendants (sureties and Pompano). Draft and prepare correspondence to clerk regarding summons and pleadings to be served on new defendants in federal action. | $450.00<br>1.50 |
| 6/22/2012 | Review summons received from court with pleadings to be served on sureties and Pompano. Sent email to opposing counsel for Suffolk regarding whether he will accept service on behalf of sureties. Telephone conference with and prepare correspondence to process server to serve pleadings on Pompano in Florida. | $210.00<br>0.70 |
| 6/26/2012 | Draft and prepare correspondence to process server, forwarded summons and pleadings for service on sureties. | $60.00<br>0.20 |
| 7/9/2012 | Review affidavits of service regarding pleadings served on sureties. Prepared correspondence to court and forwarded affidavits for filing with clerk. Review scheduling order and discovery plan. Contacted courier and arranged for delivery of discovery requests to opposing counsel for Suffolk. Sent discovery requests to opposing counsel via email also. Telephone conference with opposing counsel for Suffolk regarding response to amended lawsuit. | $270.00<br>0.90 |
|  | Draft and prepare Interrogatories and Requests for Admission to Suffolk Construction. | $540.00<br>1.80 |
|  | Review email from process server regarding unsuccessful service attempts on Pompano with federal lawsuit, provided authorization for attempt on registered agent. | $30.00<br>0.10 |
| 7/12/2012 | Review notifications from court regarding filing of service returns on each of sureties. Review correspondence from opposing counsel, Jim Newland, regarding he will file answers on behalf of sureties. | $150.00<br>0.50 |
| 7/17/2012 | Review email confirmation from process server regarding Pompano served with federal lawsuit and pleadings. | $60.00<br>0.20 |
| 7/20/2012 | Prepare and file Garnishment in Baltimore County on Oak Contracting on state court judgment obtained in Virginia and domesticated into Maryland. | $150.00<br>0.30 |
| 7/23/2012 | Email client regarding status of enforcement action on Pompano on Magic judgment and garnishment on Oak Contracting and send copy of garnishment writ sent to court. | $70.00<br>0.20 |
| 7/24/2012 | Review affidavit of service accomplished on Pompano, prepared cover letter to clerk and forwarded affidavit to clerk for filing. | $60.00<br>0.20 |
| 7/26/2012 | Review answer and financial disclosures filed by the sureties in the federal bond lawsuit. Sent email to opposing counsel for Suffolk requesting available deposition dates for corporate designees of Suffolk and the sureties. Sent copy of answer to client. | $360.00<br>1.20 |
| 7/27/2012 | Draft and prepare motion to amend discovery plan, forwarded copy to opposing counsel. Sent copy to client. | $360.00<br>1.20 |
|  | Review schedule for depositions. | $35.00<br>0.10 |

Betco Supreme, Inc., an Oldcastle company                                                                                                  Page     8

|  |  | Amount |
|---|---|---|
| 8/8/2012 | Review writ of garnishment issued by court and arrange for service on Oak Contracting by private process. | $105.00<br>0.30 |
| 8/9/2012 | Consider schedule for deposition. | $70.00<br>0.20 |
| 8/10/2012 | Review court filings regarding extension of discovery granted until August 31, but all other deadlines remain same. Draft and prepare correspondence to opposing counsel regarding need available deposition dates for Suffolk and sureties. Began work on Default Judgment against Pompano. | $180.00<br>0.60 |
| 8/13/2012 | Draft and prepare motion for default judgment against Pompano in federal bond action, prepared affidavit in support of motion for default judgment and attorneys fee affidavit for same. Sent affidavit to client for review and signature. | $270.00<br>0.90 |
|  | Research regarding FRCP and ED Virginia rules on extending discovery. Also, drafted a motion for default judgment. | $430.00<br>4.30 |
| 8/15/2012 | Draft and prepare email to opposing counsel for Suffolk regarding please provide deposition dates. Called opposing counsel to discuss same. Finalized default judgment motion affidavits against Pompano in the federal lawsuit. Telephone conference with Nancy | $480.00<br>1.60 |
| 8/16/2012 | Court appearance with opposing counsel and judge for pretrial conference. Discussed settlement terms with opposing counsel, etc. | $600.00<br>2.00 |
|  | Finalized default motion and affidavits, filed the same with EDVA for default against Pompano. Sent copy of same to Pompano. Sent email to client regarding settlement reached with Suffolk and sureties. | $240.00<br>0.80 |
| 8/20/2012 | Draft and prepare hearing notice for default judgment against Pompano. Filed the notice electronically with the court. Review notice regarding Final Pretrial Conference order entered by court. Telephone conference with court regarding entry of default and filed notice of same. | $360.00<br>1.20 |
| 8/28/2012 | Review correspondence from court regarding upcoming default judgment hearing. Sent email to client regarding hearing date. Draft settlement agreement and sent to opposing counsel Newland for review. | $300.00<br>1.00 |
| 9/4/2012 | Draft and prepare affidavit from attorney regarding Pompano's default and filed same with court. Review opposing counsel revisions to settlement agreement, made same and sent to counsel for review. | $360.00<br>1.20 |
| 9/5/2012 | Telephone conference with judge's clerk regarding upcoming default hearing and request for additional information, sent memorandum to clerk in support of default judgment. | $360.00<br>1.20 |
| 9/6/2012 | Conference with Oak Contracting's counsel as to garnishment and dispute with surety as to whom the funds belong to. | $70.00<br>0.20 |
| 9/10/2012 | Research issue raised by garnishee's counsel regarding garnishment. | $70.00<br>0.20 |

Betco Supreme, Inc., an Oldcastle company                                                                        Page     9

|  |  | Amount |
|---|---|---:|
| 9/13/2012 | Draft and prepare email to opposing counsel for Suffolk regarding status of settlement check and agreement. | $60.00<br>0.20 |
| 9/14/2012 | Court appearance in USEDVA for entry of default judgment against Pompano. | $450.00<br>1.50 |
|  | Review court entry regarding default judgment against Pompano under advisement and to be submitted to Judge Buchanan. Correspond with opposing counsel Newland regarding same, status of settlement documents and check. Sent email to client. | $150.00<br>0.50 |
| 9/24/2012 | Review email from opposing counsel, Newland, regarding settlement check received from Suffolk and signed settlement agreement needed, also discussed dismissal order needed. Sent settlement agreement to client for signature. Sent email to Newland with signed settlement from Betco. | $150.00<br>0.50 |
| 9/27/2012 | Review signed settlement agreements from Suffolk and sureties. Review notice from court of case settled. Contacted court to discuss clarification of settlement only to all defendants, except Pompano. Called judge's clerk to discuss status of default judgment against Pompano, not entered yet. Called and sent email to opposing counsel regarding dismissal needed, check, etc. Called Nancy to discuss settlement check. Sent check to Nancy via FedEx. | $240.00<br>0.80 |
| 9/28/2012 | Draft and prepare request for judgment to dismiss garnishment against Oak Contracting and send to court. Email client as to status of payment from surety and garnishment dismissal against Oak Contracting and discuss additional action if any. | $175.00<br>0.50 |
| 10/1/2012 | Telephone conference with Newland regarding dismissal to be filed. Review copy of dismissal filed electronically with the court and email from court regarding same. | $90.00<br>0.30 |
|  | Review response from client as to Magic Center judgment enforcement actions. Email client regarding the same and organize documents in file. | $175.00<br>0.50 |
| 10/2/2012 | Review notification from USEDVA regarding filing of dismissal stipulation. | $90.00<br>0.30 |
| 10/3/2012 | Review notices from USEDVA regarding entry of appearance by sureties counsel and entry of stipulation of dismissal signed by Judge O'Grady as to the bond parties and claim. | $90.00<br>0.30 |
| 10/11/2012 | Telephone conference with Judge Buchanan's clerk regarding default judgment and attorneys bill needed for same. | $120.00<br>0.40 |

|  | Hours |  |
|---|---:|---:|
| For professional services rendered | 105.70 | $28,032.50 |

Additional Charges :

| 7/22/2011 | Certified mail | $22.16 |
|---|---|---:|
| 9/9/2011 | Filing fees | $126.00 |

Betco Supreme, Inc., an Oldcastle company                                                                 Page    10

|  |  | Amount |
|---|---|---:|
| 9/9/2011 | Filing fees | $28.00 |
| 1/5/2012 | Filing fees | $71.50 |
| 1/30/2012 | Filing fees | $28.00 |
| 2/9/2012 | Filing fees | $56.00 |
|  | Filing fees | $47.50 |
| 2/10/2012 | Filing fees | $350.00 |
| 3/6/2012 | Service on Defendant | $11.00 |
| 3/21/2012 | Filing fees | $7.50 |
| 4/25/2012 | Filing fees | $8.00 |
| 5/7/2012 | Filing fees | $80.00 |
| 5/18/2012 | Proof of Mailing | $1.80 |
| 6/18/2012 | Copying | $27.40 |
| 7/15/2012 | Delivery services/messengers | $39.90 |
| 7/16/2012 | Service on Defendant | $120.00 |
| 7/17/2012 | Service on Defendant | $33.00 |
| 7/20/2012 | Filing fees | $25.00 |
| 8/21/2012 | Service on Defendant | $85.00 |
|  | Certified mail | $5.75 |
|  | Total additional charges | $1,173.51 |
|  | For professional services rendered | 105.70  $29,206.01 |