IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| OLDCASTLE APG NORTHEAST, INC T/A BETCO SUPREME, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 1:12-cv-148 |
| SUFFOLK CONSTRUCTION COMPANY, INC., *et al.*, | ) ) ) ) | |
| Defendants. | ) | |

## ORDER

This matter comes before the Court on the Report and Recommendation of the Magistrate Judge dated October 31, 2012 recommending entry of default against Defendant Pompano Masonry Corporation. The Defendant has not filed any objections to the Report and Recommendation. Based on a *de novo* review of the evidence in this case, the Court adopts the findings and recommendation of the Magistrate Judge. Thus, it is hereby,

ORDERED that judgment is entered against Defendant Pompano Masonry Corporation, Inc. in the amount of $139,895.91, plus interest at 1.5% per month from July 16, 2011 as well as $14,603.01 in reasonable attorney's fees.

It is further ORDERED that the Clerk of Court is directed to enter judgment against Defendant.

November 20, 2012
Alexandria, Virginia

/s/
Liam O'Grady
United States District Judge